# IN THE SUPREME COURT OF THE STATE OF NEVADA

DEMETRI LAMAR ALEXANDER,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 73165

FILED

JUL 07 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a judgment of conviction. Eighth Judicial District Court, Clark County; Valerie Adair, Judge.

The notice of appeal was untimely filed. NRAP 4(b); NRAP 26(a); NRAP 26(c). Because an untimely notice of appeal fails to vest jurisdiction in this court, *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994), we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Douglas

_____ J.
Gibbons

_____, J.
Pickering

cc:  Hon. Valerie Adair, District Judge
     Demetri Lamar Alexander
     Attorney General/Carson City
     Clark County District Attorney
     Eighth District Court Clerk

17-22570